SEALED

FILED

IN THE UNITED STATES DISTRICT COURT SEP 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>MARCOS SOTO GONZALEZ,<br>a/k/a Antonio Suazo Landa,<br><br>              Defendant. | CASE NO. 2:13-MJ-0288 EFB<br><br>**UNDER SEAL**<br><br>[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT |

# **ORDER**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

                **IT IS SO ORDERED.**

DATED: 9-12-13

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT, ARREST     3
WARRANT AND [PROPOSED] ORDER SEALING