```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 2:13-mj-0288 EFB |
|     Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING PRELIMINARY |
|   v. ) | HEARING |
| ) | |
| MARCOS SOTO GONZALEZ, ) | |
|     a/k/a Antonio Suazo Landa ) | |
| ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, and defendant Marcos Soto Gonzalez, by and through his counsel Assistant Federal Defender Benjamin Galloway, that good cause exists to continue the preliminary hearing currently set for October 1, 2013, at 2:00 p.m. to October 9, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    On September 13, 2013, the defendant was charged by Criminal Complaint with conspiracy to manufacture at least 1,000 marijuana plants, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The defendant was subsequently arrested and appeared in front of Magistrate Judge Kendall J. Newman for his initial appearance on

1

September 17, 2013. At the initial appearance, Magistrate Judge Newman set the preliminary hearing for October 1, 2013. The 30 day period for filing an information or indictment in this matter, pursuant to 18 U.S.C. § 3161(b), runs on October 17, 2013.

The Government plans to provide the defendant with an initial production of discovery tomorrow. Counsel for the defendant, Benjamin Galloway, will need time to review the discovery with the defendant and prepare for the preliminary hearing. Because of this, good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).

The government and the defendant agree that the combination of pending discovery review and attorney preparation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including October 9, 2013.

Benjamin Galloway agrees to this request and has authorized Assistant United States Attorney Michael D. McCoy to sign this stipulation on his behalf.

DATED: September 30, 2013          By:   /s/ Michael D. McCoy
                                         MICHAEL D. McCOY
                                         Assistant U.S. Attorney


DATED: September 30, 2013                /s/ Michael D. McCoy for
                                         BENJAMIN GALLOWAY
                                         Attorney for Defendant
                                         Marcos Soto Gonzalez
                                         Telephonically authorized
                                         to sign for Mr. Roque on
                                         September 30, 2013

**IT IS HEREBY ORDERED:**

    1. The preliminary hearing set for October 1, 2013, is continued to October 9, 2013, at 2:00 p.m.

    2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including October 9, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

    IT IS SO ORDERED.

Dated: September 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE